SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO _____
AUSA __x__
DEF _____

Sentencing Date: February 03, 2025

Defendant's Name: Michael Hart    Docket No.: 3:24-CR-0383-H
Attorney's Name: Stephen Da Ponte    Phone No.: 202-598-3343
Guideline Manual Used: November 21, 2021    Agree with USPO Calcs. __No__
Base Offense Level(s): USSG § 2Q1.2 Mishandling Hazardous or Toxic Substances    __8__
Specific Offense Characteristics: _____

Adjusted Offense Level:
[ ] Combined (Mult. Counts)   [ ] Career Off.   [ ] Armed Career Crim.    __8__
Adjustment for Acceptance of Responsibility [ ] Government Motion - USSG §3E1.1(b)]    __-2__

Total Offense Level:    __6__
Supervised Release Range (based on Total Offense Level): __1__ to __3__ years
Fine Range (based on Total Offense Level): $ __200__ to $ __9,500__

Criminal History Score:    __0__
Criminal History Category:    __I__
[ ] Career Offender    [ ] Armed Career Criminal
Guideline Range:    from __0__ mths
(Range limited by: [ ] minimum mand.   [ ] statutory maximum)    to __6__ mths

Departures:
    Zero Point Offender, USSG §4C1.1    __-2__
Resulting Guideline Range: Adjusted Offense Level: __4__    from __0__ mths
                                                              to __6__ mths

RECOMMENDATION: TIME SERVED 1YR SR ~~3 years of probation, restitution of~~ (AWP)

$1,500, and a $100.00 special assessment. The sentence recommended by the United States is sufficient but not greater than necessary to achieve the goals of sentencing.

03/2023